# UNITED STATES DISTRICT COURT
for the
District of Maryland

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

JUN 28 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

Google, Inc.
1600 Amphitheatre Pkwy, Mountain View, CA 94043
Accounts: jgilly432@gmail.com;
zombie.skull.13@gmail.com; and anxyax@gmail.com

Case No. **13-1411TJS**

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A

located in the ___ Northern ___ District of ___ California ___, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- x evidence of a crime;
- x contraband, fruits of crime, or other items illegally possessed;
- x property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251 | Distribution of Child Pornography |
| 18 U.S.C. § 2252A | Possession of Child Pornography |

The application is based on these facts:
See Attached Affidavit

- x Continued on the attached sheet.
- ☐ Delayed notice of ___ days (give exact ending date if more than 30 days: ___) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Daniel E. O'Donnell, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 7, 2013

*Judge's signature*

City and state: Baltimore, Maryland

Timothy J. Sullivan, U.S. Magistrate Judge
*Printed name and title*