_____FILED _____ENTERED
_____LODGED _____RECEIVED

JUN 2 8 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____DEPUTY

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION ) | |
| OF THE UNITED STATES OF AMERICA ) | **Crim. No.  13-1411TJS** |
| FOR A SEARCH WARRANT FOR THE ) | |
| GOOGLE INC. EMAIL ACCOUNTS ) | |
| ANXYAX@GMAIL.COM, ) | |
| JGILLY432@GMAIL.COM, and ) | |
| ZOMBIE.SKULL.13@GMAIL.COM ) | |

### AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

Your Affiant, Daniel E. O'Donnell, Special Agent with the Federal Bureau of Investigation, Linthicum, MD, Major Case Coordination Unit, being duly sworn, hereby deposes and states as follows:

1.    Your Affiant has been employed as a Special Agent (SA) with the Federal Bureau of Investigation (FBI) since March 2004, and is currently assigned to the FBI's Violent Crimes Against Children Section (VCAC), Major Case Coordination Unit (MCCU).  Your Affiant is currently investigating federal violations concerning child pornography and the sexual exploitation of children and has gained experience through training in seminars, classes, and everyday work related to these types of investigations.  Your Affiant has participated in the execution of numerous warrants involving the search and seizure of computers, computer equipment, software, and electronically stored information.

2.    As a federal agent, Your Affiant is authorized to investigate violations of the laws of the United States and is a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

3.      This affidavit is made in support of applications for a search warrant for information associated with a certain account that is stored at a premises owned, maintained, controlled, or operated by Google Inc., an electronic mail/Internet service provider headquartered at 1600 Amphitheatre Parkway, Mountain View, CA 94043. The information to be searched is described in the following paragraphs and in Attachment B. This affidavit is made in support of an application for a search warrant under Title 18, United States Code (U.S.C.) §§ 2251 and 2252A, involving the use of a computer in or affecting interstate commerce to transport, advertise, receive, distribute, possess and/or access child pornography; to require Google Inc. to disclose to the government records and other information in its possession pertaining to the subscriber or customer associated with the electronic mail accounts (e-mail), anxyax@gmail.com, jgilly432@gmail.com, and zombie.skull.13@gmail.com, more particularly described in Attachment A.

4.      Your Affiant is requesting authority to search the e-mail account where the items specified in Attachment A may be found, and to seize all items listed in Attachment B as instrumentalities, fruits, and evidence of crime.

5.      Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts I believe necessary to establish probable cause to believe that evidence, fruits, and instrumentalities of the violations of Title 18, U.S.C. §§ 2251 and 2252A, involving the use of a computer in or affecting interstate commerce to advertise, transport, receive, distribute, possess and/or access child pornography, are presently located within the e-mail accounts anxyax@gmail.com, jgilly432@gmail.com, and zombie.skull.13@gmail.com.

Where statements of others are set forth in this Affidavit, they are set forth in substance and in part.

6.      This investigation, described more fully below, has revealed that the individual using the e-mail accounts anxyax@gmail.com, jgilly432@gmail.com, and zombie.skull.13@gmail.com did knowingly utilize e-mail to transport, advertise, receive, distribute, possess and/or access child pornography and that there is probable cause to believe there is evidence, fruits, and instrumentalities of the violations of Title 18, U.S.C. §§ 2251 and 2252A located in the e-mail account.

## STATUTORY AUTHORITY

7.      This investigation concerns alleged violations of Title 18, U.S.C., §§ 2251 and 2252A, relating to material involving the sexual exploitation of minors:

a.      18 U.S.C. § 2251(d)(1)(a) prohibits a person from knowingly making, printing, publishing, or causing to be made, printed, or published, any notice or advertisement seeking or offering to receive, exchange, buy, produce, display, distribute, or reproduce, any visual depiction, if the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

b.      18 U.S.C. § 2252A prohibits a person from knowingly mailing, transporting, shipping, receiving, distributing, reproducing for distribution, possessing any child pornography, as defined in 18 U.S.C. §2256(8), when such child pornography was either mailed or shipped or transported in interstate or foreign commerce by any means, including by computer, or when such child pornography was produced using materials that had traveled in interstate or foreign commerce.

## CHARACTERISTICS COMMON TO INDIVIDUALS WHO COMMUNICATE ONLINE AND CONSPIRE TO ADVERTISE, DISTRIBUTE AND COLLECT CHILD PORNOGRAPHY

8.      Based on my investigative experience related to child pornography

investigations, and the training and experience of other law enforcement officers with whom I

have had discussions, I know there are certain characteristics common to individuals who utilize

internet forums to communicate and conspire with others to advertise, distribute, receive and

collect images and videos of child pornography:

a.      Individuals who conspire with others to advertise, distribute and collect child pornography may receive sexual gratification, stimulation, and satisfaction from contact with children; or from fantasies they may have viewing children engaged in sexual activity or in sexually suggestive poses, such as in person, in photographs, or other visual media; or from literature describing such activity.

b.      Individuals who conspire with others to advertise, distribute and collect child pornography may collect sexually explicit or suggestive materials, in a variety of media, including photographs, magazines, motion pictures, videotapes, books, slides and/or drawings or other visual media. Individuals who have a sexual interest in children or images of children oftentimes use these materials for their own sexual arousal and gratification. Further, they may use these materials to lower the inhibitions of children they are attempting to seduce, to arouse the selected child partner, or to demonstrate the desired sexual acts.

c.      Individuals who conspire with others to advertise, distribute and collect child pornography almost always possess and maintain their "hard copies" of child pornographic material, that is, their pictures, films, video tapes, magazines, negatives, photographs, correspondence, mailing lists, books, tape recordings, etc., in the privacy and security of their home or some other secure location. Individuals who have a sexual interest in children or images of children typically retain pictures, films, photographs, negatives, magazines, correspondence, books, tape recordings, mailing lists, child erotica, and videotapes for many years.

d.      Likewise, individuals who conspire with others to advertise, distribute and collect child pornography often maintain their collections that are in a digital or electronic format in a safe, secure and private environment, such as a computer and surrounding area. These collections are often maintained for several years

and are kept close by, usually at the collector's residence, to enable the individual to view the collection, which is valued highly.

e.   Individuals who conspire with others to advertise, distribute and view child pornography correspond with and/or meet others to share information and materials rarely destroy correspondence from other child pornography distributors/collectors; conceal such correspondence as they do their sexually explicit material; and often maintain lists of names, addresses, and telephone numbers of individuals with whom they have been in contact and who share the same interests in child pornography.

f.   Individuals who would email others child pornography would have had to met those individuals in other online forums designed to attract those interested in child pornography. These individuals gain knowledge each other's email addresses through online communication with others of similar interest on forums. Other forums, such as bulletin boards, newsgroups, IRC chat or chat rooms have areas dedicated to the trafficking of child pornography images. Individuals who utilize these types of forums are considered more advanced users and therefore more experienced in acquiring a collection of child pornography images.

g.   Individuals who conspire with others to advertise, distribute and collect child pornography prefer not to be without their child pornography for any prolonged time period. This behavior has been documented by law enforcement officers involved in the investigation of child pornography throughout the world. Users will maintain their collections both off and online.

h.   Individuals who conspire with others to advertise, distribute and collect child pornography often utilize the same online account(s), such as an e-mail account, for an extended period of time to collect and distribute child pornography material. One of the reasons for this is to establish the account(s) as being known to other collectors and distributors of child pornography to foster the individual's ability to obtain child pornography material. Similar investigations involving the distribution of child pornography materials via e-mail have routinely identified individuals who have utilized the same e-mail account(s) for an extended period of time; many times over a multiple-year period.

i.   Based on my knowledge, training, and experience in child exploitation and child pornography investigations, and the experience and training of other law enforcement officers with whom I have had discussions, collectors and distributors of child pornography often establish online accounts, such as e-mail accounts, that are distinct from accounts associated with their true identities. One of the reasons for this is to conceal their true identities from law enforcement.

## PROBABLE CAUSE

9.   On 02/01/2013, a resident of Columbia, Tennessee, hereafter referred to as "S.R.", a registered sex offender in the state of Tennessee, was arrested by Tennessee law enforcement officers for the distribution of child pornography (CP) via his e-mail account of angel.thaline@gmail.com.

10.   Pursuant to his arrest, on 02/01/2013, S.R. voluntarily provided the Federal Bureau of Investigation (FBI) consent to assume his online identities and signed a Consent to Assume Online Identity Authorization Form.  This consent was witnessed by Special Agent Brian Fazenbaker, FBI, and Special Agent Michael Frizzell, Tennessee Bureau of Investigation. As part of this consent, S.R. provided user IDs and passwords for numerous online accounts he utilized.  One of these accounts was "A."  On 02/05/2013, Special Agent Fazenbaker provided the aforementioned user IDs and consent form to your Affiant for further investigation.

11.   On 02/09/2013 and 02/10/2013, pursuant to the above consent, your Affiant accessed the e-mail account "A" from an Internet connection at the FBI's VCAC, MCCU's offices in Linthicum, Maryland, and reviewed the contents.

12.   Analysis of the "A" account revealed over 300 e-mails sent between this account and numerous other e-mail accounts.  The majority of these e-mails appeared to contain CP images and videos, child erotica images and videos, or text indicative of an interest in CP and child erotica.  From 02/10/2013 through 05/30/2013, your Affiant continued to access this e-mail account and engaged in undercover communications with several additional e-mail accounts from the office in Linthicum, Maryland.

## ANXYAX@GMAIL.COM INVESTIGATION

13.     On 05/27/2013, the user of anxyax@gmail.com sent an e-mail to "A" with the subject line "pass" and stating, "can i get your pass?"

14.     On 05/27/2013, utilizing "A" in an undercover capacity, your Affiant responded to the above e-mail, stating, "do u have anything to trade?"

15.     On 05/27/2013, the user of anxyax@gmail.com then responded and sent an e-mail to "A" stating, "Please send the link to your album. Thanks."[1]  Attached to this e-mail was one compressed file entitled "Trade.zip."  A review of this file revealed it contained four images and one video, all of which depicted prepubescent females.   Examples of these files are as follows:

> a.     "girlies.mwv":  A video depicting, among other things, a naked prepubescent female lying face down.  An adult male is next to her and holding a white cylindrical object, which he uses to penetrate the prepubescent female's vagina. He then penetrates her vagina with his tongue.  A second part of the video depicts a naked prepubescent female lying in between two clothed prepubescent or early pubescent females, who penetrate her vagina with a white cylindrical object.

> b.     "13.jpg":  An image depicting two prepubescent white females, who are bending over with their pants pulled down near their knees.  Their legs are spread apart, exposing their anuses and vaginas.

## JGILLY432@GMAIL.COM INVESTIGATION

16.     Pursuant to an ongoing investigation into other individuals who sent child pornography and/or correspondence indicative of an interest in child pornography to S.R., or to one or more of his contacts, your Affiant executed a search warrant on an e-mail account, hereafter referred to as "B," on 03/28/2013 and obtained the results on 05/02/2013.

---

[1] The album refers to user created albums on a forum known for hosting child pornography images and videos.  User create albums on the site and post image and video files while engaging in chat communications.  The site is a known site for child pornography distributors.

17.     On 05/04/2013, while reviewing the contents of "B," your Affiant observed several e-mails sent between "B" and the user of jgilly432@gmail.com that contained text indicative of an interest in child pornography.  Among other things, the user of "B" sent jgilly432@gmail.com an e-mail on 11/05/2012 that contained seven attached images.  All seven of these images depicted the same female toddler and four of them depicted close-up images this toddler's exposed vagina.

18.     During this same time period, the user of jgilly432@gmail.com provided his user name of "john432a" to an image-sharing website that is hosted in a foreign country and is well-known to individuals interested in distributing and producing child pornography.  Users of this website are allowed to create albums and upload images to those albums after registering with a valid e-mail account.  Users are also allowed to post comments on other users' images and typically post their e-mail account or partial e-mail account in order to request additional images or communication.

19.     On 05/04/2013, your Affiant, utilizing the e-mail account "A" in an undercover capacity, then sent an e-mail to jgilly432@gmail.com stating, "trade n/hc under 12?"[2]

20.     On 05/04/2013, the user of jgilly432@gmail.com responded to the above e-mail stating, "Who are you?how did you get me?"

21.     On 05/04/2013, your Affiant, utilizing the e-mail account "A" in an undercover capacity, then sent an e-mail to jgilly432@gmail.com and provided a user name to the website described in paragraph 18.  This user name was an undercover account utilized by your Affiant that contained password-protected albums.

---

[2] n/hc is  a term used by child pornographers to signify a desire to distribute or possess nude and/or hard core images. Hard core images refer to images depicting the vaginal or anal penetration of prepubescent minors.

22.     On 05/04/2013, the user of jgilly432@gmail.com responded to the above e-mail stating, "I see your albums are locked. I had same problem. I was user name john432 before. Love moms,family,money shots,lez,candids, or under 7 foreplay. What would you like? Got web cam stuff, private, Vicky, Tara, Kait. Let me know.Send a sample and I will".[3]

23. .    On 05/07/2013, after additional e-mails were sent between your Affiant and jgilly432@gmail.com, your Affiant sent a corrupted video file entitled "my lil honeyhole 4yo daughter.zip" to jgilly432@gmail.com. This file was a corrupted file that did not contain child pornography and will not play when accessed.

24.     Between 05/07/2013 and 05/09/2013, approximately eight additional e-mails were sent between your Affiant and jgilly432@gmail.com. The correspondence in these e-mails contained, among other things, discussions of the above video not working.

25.     On 05/10/2013, the user of jgilly432@gmail.com then sent an e-mail stating, "Thanks. I couldn't get it to open at all. Here is something. Can u send a zip?" Attached to the e-mail was one compressed file entitled "sort blonde.zip". A review of this file revealed it contained nine images depicting a prepubescent female. Examples of these images are as follows:

    a.     "002.jpg": An image depicting a naked prepubescent female who is lying on her back, with her vagina exposed. What appears to be whip cream, or substance similar in appearance to whip cream, is sprayed on her chest and torso in the shape of a heart. Her tongue is sticking out and pressed against her skin near the top of the heart-shape.

    b.     "021.jpg": An image depicting a prepubescent female who is naked from the waist down and lying on her stomach, with her vagina partially exposed. What

---

[3] The names Tara, Vicky and Kait signify child pornography series. Child pornography producers and collectors signify images and videos of a child by a single name in order to facilitate trading online. Thus, the collectors can request a specific series or image by the series name and obtain the desired image to add to their collection. Tara, Vicky and Kait are all series that depict the anal, vaginal and oral penetration of prepubescent females who have been identified.

appears to be whip cream, or substance similar in appearance to whip cream, is sprayed on her naked buttocks in the shape of a heart.

## ZOMBIE.SKULL.13@GMAIL.COMINVESTIGATION

26.     On 05/03/2013, while on the email account "A" in an undercover capacity, your Affiant received an e-mail from zombie.skull.13@gmail.com with the subject line "let's trade." Attached to the e-mail was one image depicting a naked prepubescent female in the shower, with her vagina exposed.

27.     On 05/27/2013, utilizing "A" in an undercover capacity, your Affiant responded to the above e-mail, stating, "do u have anything better than that? I only had core or vids. if u have something similar, send and i'll resend same."

28.     On 05/05/2013, the user of zombie.skull.13@gmail.com then sent an e-mail to "A" with one attached image. This image depicted a naked prepubescent female who is standing with her arms and legs spread apart, exposing her vagina. Her mouth is covered in duct tape. A clothespin is attached to each nipple and two clothespins are attached to the outer skin of her vagina.

29.     At present, it is not known when the email accounts in question were opened, but given the tendency of child pornography collectors to maintain/collect child pornography over long periods of time generally, and specifically, the trading activity observed regarding the target email addresses, account information is sought for approximately one year prior to the email exchanges detailed above, i.e., from 6/1/2012 to present.

## CONCLUSION

30.     Your Affiant has probable cause to believe that Google Inc., 1600 Amphitheatre Parkway, Mountain View, CA 94043, maintains evidence of a violation of Title 18, U.S.C. §§ 2251 and 2252A, involving the use of a computer in or affecting interstate commerce to

**1 3 - 1 4 1 1 TJS**

advertise, transport, receive, distribute, possess and/or access child pornography. This evidence, listed in Attachment B to this affidavit, which is incorporated herein by reference, is contraband, the fruits of crime, or things otherwise criminally possessed, or property which is or has been used as the means of committing the foregoing offenses.

31.     Therefore, I respectfully request that the attached warrant be issued authorizing the search and seizure of the items listed in Attachment B.

32.     Pursuant to Title 18, U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

33.     Pursuant to Title, 18 U.S.C. § 2703(b)(1)(A), it is requested that Google, Inc. not provide required notice to the subscriber or customer.  Further, pursuant to Title, 18 U.S.C. § 2705(b), it is requested that Google, Inc. not notify any other person of the existence of this warrant for the next 180 days.  This request is made because I believe notification of the existence of the warrant may result in the destruction or tampering with evidence and/or will seriously jeopardize the ongoing investigation.  18 U.S.C. §§ 2705(b)(3), (5).

Special Agent
Daniel E. O'Donnell
Federal Bureau of Investigation

SUBSCRIBED TO AND SWORN BEFORE ME
THIS 7th DAY OF JUNE 2013

HONORABLE TIMOTHY J. SULLIVAN
UNITED STATES MAGISTRATE JUDGE

**13-1411TJS**

## ATTACHMENT A

### ITEMS TO BE SEIZED AND SEARCHED

This warrant applies to information associated with the e-mail accounts,

anxyax@gmail.com, jgilly432@gmail.com, and zombie.skull.13@gmail.com, which is stored at

premises owned, maintained, controlled, or operated by Google Inc., a company headquartered at

1600 Amphitheatre Parkway, Mountain View, CA 94043.

**13-1411TJS**

# ATTACHMENT B

## SPECIFIC ITEMS TO BE SEIZED

**I.       Information to be disclosed by Google Inc.**

Google Inc. is required to disclose the following information to the government for each account or identifier listed in Attachment A for the period from 06/01/2012 through the present:

1.       The contents of all e-mails stored in the account, including copies of e-mails sent to and from the account, draft e-mails, the source and destination e-mails sent addresses associated with each e-mail, the date and time at which each e-mail was sent, and the size and length of each e-mail;

2.       All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the types of service utilized, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

3.       All records or other information stored by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

4.       All records pertaining to communications between anxyax@gmail.com, jgilly432@gmail.com, and zombie.skull.13@gmail.comand any person regarding this account, including contacts with support services and records of actions taken.

**13-1411TJS**

## II.   Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Title 18, U.S.C. §§ 2251 and 2252A, involving e-mail anxyax@gmail.com, jgilly432@gmail.com, and zombie.skull.13@gmail.com; including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

1.    Communications to/from the e-mail accounts anxyax@gmail.com, jgilly432@gmail.com, and zombie.skull.13@gmail.com that demonstrate the ongoing violations of Title 18, U.S.C. §§ 2251 and 2252A.

2.    Records relating to who created, used, or communicated with the account or identifier, including records about their identities and whereabouts.

## III.   Method of Service

1.   Items seized pursuant to this search warrant can be served by sending, on any digital media device, to the Special Agent designated on the fax cover sheet located at the address 801 International Drive, 3rd FL, Linthicum, Maryland 21090.